JUDGE KAPLAN     DOC # _1_     DUFFY, J
                                PART, I

**DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ricardo R. Rodriguez,
(petitioner/plaintiff)

**07 CIV 8365**

-v-

Toys "R" Us, Value Inc.,
(respondent(s)/defendant(s))

I, Ricardo R. Rodriguez, am the petitioner/plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. If you are presently employed, state the amount of your salary wage per month, and give the name and address of your last employer. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

Net salary per month: $1,600. A & O Surgical Supply Co., 266 E. Gun Hill Road, Bronx, NY 10467.

2. If you are NOT PRESENTLY EMPLOYED, state the date of last employment and amount of the salary per month which you received AND how long the employment lasted. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED. IF YOU HAVE NEVER BEEN EMPLOYED, SAY SO.

3. Have you every received, within the past twelve months, any money from any of the following sources?

   a. Business, profession, or form of self-employment?   YES____   NO ✓
   b. Rent payments, interest, or dividends?              YES____   NO ✓
   c. Pensions, annuities, or life insurance payments?    YES____   NO ✓
   d. Gifts or inheritances?                              YES____   NO ✓
   e. Any form of public assistance?                      YES____   NO ✓
   f. Any other sources?                                  YES____   NO ✓

SO ORDERED:

_[signature]_
U.S.D.J.

SDNY Web 5/99

DOC # _____

If the answer to any of the questions in part three is yes, describe each source of money and state the amount received from each during the past months.

_____

4. Do you own any cash or do you have money in a checking or savings account?

   YES ✓   NO \_\_\_\_    (Including any funds in prison accounts)
   If the answer is yes, state the total value owned.

   $280 in checking/savings account.

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothing)?
   YES ✓   NO \_\_\_\_
   If the answer is yes, describe the property and state its approximate value.

   Clothing and a computer that is worth about $500.

6. List the person(s) who are dependent upon you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time.

   I help support my mother, younger brother and sister, and my niece. I give them all about $200 a month.

7. If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do not include rent contributed by other people.

   I rent a room - my rent is $500 a month.

8. State any special financial circumstances which the court should consider in this application.

   My wages after paying rent and helping my family go to paying utilities, phone, food, laundry, clothing, and transportation.

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19th day of September, 2007.
       (day)            (month)              (year)

_____
           (signature)

Ricardo R. Rodriguez