⚖AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

RICARDO R. RODRIGUEZ,
Plaintiff,

V.

TOYS "R" US-VALUE, INC.
Defendant.

**SUMMONS IN A CIVIL ACTION**

ECF CASE

CASE NUMBER: 07 CIV 8365

JUDGE KAPLAN

TO: (Name and address of Defendant)

TOYS "R" US-VALUE, INC.
C/O TAX DEPT.
ONE GEOFFREY WAY
WAYNE, NEW JERSEY 07470

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARLEN S. BODDEN, ESQ.
THE LEGAL AID SOCIETY
199 WATER STREET, 3RD FLOOR
NEW YORK, NEW YORK 10038

an answer to the complaint which is served on you with this summons, within ___TWENTY (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK _[signature]_

(BY) DEPUTY CLERK

DATE  SEP 2 6 2007

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 CIV 8365　　　　　　　　　　　　　　　　　　　Purchased/Filed: September 26, 2007

STATE OF NEW YORK　　　UNITED STATES DISTRICT COURT　　　SOUTHERN COUNTY

---

　　　　　　　　　　　　　　　Ricardo R. Rodriguez　　　　　　　　　　　　　　Plaintiff

　　　　　　　　　　　　　　　　　　against

　　　　　　　　　　　　　　　Toys "R" US-Value, Inc.　　　　　　　　　　　　Defendant

---

STATE OF NEW YORK　　　　SS.:
COUNTY OF ALBANY

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____October 1, 2007_____, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

_Summons in a Civil Case, Complaint, Individual Practice Rules of U.S.D.C. Judge Kaplan and U.S.M.J. Gorenstein Bearing the above Index # and Filing Date_ on

_____Toys "R" US-Value, Inc._____, the Defendant in this action, by delivering to and leaving with _____Carol Vogt_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; That said service was made pursuant to Section _306 Business Corporation Law_.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:　Approx. Age: __46__　Approx. Wt: __110 lbs.__　Approx. Ht: __5' 1"__
Color of skin: __White__　Hair color: __Brown__　Sex: __Female__　Other: __glasses__

Sworn to before me on this

__3rd__ day of _____October 2007_____

_Deborah A Bottisti_ (signature)
DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

_Jessica Miller_ (signature)
Jessica Miller

Invoice•Work Order # 0610912