```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

RICARDO R. RODRIGUEZ,

             Plaintiff,

   - against -

TOYS "R" US-VALUE, INC., TOYS "R" US
INTERNATIONAL, LLC, and TOYS "R" US, INC.,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 07 Civ 8365 (LAK)

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER PLAINTIFF'S COMPLAINT**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Ricardo R. Rodriguez and Defendant Toys "R" Us, Inc. s/h/a Toys "R" Us-Value, Inc. that Defendant shall have through and including Wednesday, November 21, 2007 to answer to Plaintiff's Amended Complaint.

                    The Legal Aid Society

                    199 Water Street, 3rd Floor
                    New York, New York  10038
                    (212) 577-3287
                    By: _____
                    MARLEN S. BODDEN
                    ATTORNEY FOR PLAINTIFF

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000

By: _____
James R. Williams
Matthew A. Steinberg

ATTORNEYS    FOR    DEFENDANT

Dated: October 19, 2007
       New York, New York

SO ORDERED:

_____
U.S.D.J.

10/24/07