JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038-4502
(212) 545-4000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

RICARDO R. RODRIGUEZ,

    Plaintiff,

       - against -

TOYS "R" US-VALUE, INC.,

    Defendant.

-----------------------------------------------------------x

No. 07 Civ 8365

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that Jackson Lewis LLP hereby appears in connection with the above-referenced action on behalf of Defendant TOYS "R" US, INC. s/h/a TOYS "R" US-VALUE, INC.

Respectfully submitted,

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038-4502
(212) 545-4000

By: _____
Matthew A. Steinberg (3979)

Dated: October 26, 2007
      New York, New York

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2007, a true and correct copy of the foregoing Notice of Appearance was served upon Plaintiff's counsel by placing said document in a properly addressed postage-prepaid envelope and mailing it by United States Mail to Marlen S. Bodden, Esq., The Legal Aid Society, 199 Water Street, 3rd Floor, New York, New York 10038.

_____
Matthew A. Steinberg