AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

RICARDO R. RODRIGUEZ,

**SUMMONS IN A CIVIL ACTION**

V.

TOYS "R" US-VALUE, INC., TOYS "R" US INTERNATIONAL, LLC, and TOYS "R" US, INC.,

CASE NUMBER: ECF CASE-07 CV 8365 (LAK)

TO: (Name and address of Defendant)

Toys "R" Us-Value, Inc., c/o Tax Dept., One Geoffrey Way, Wayne, NJ 07470, Toys "R" Us International, LLC, c/o Corporation Service Company, 80 State Street, Albany, NY, 12207, Toys "R" Us, Inc., 395 West Passiac Street, Rochelle Park, NJ 07662

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARLEN S. BODDEN, ESQ., THE LEGAL AID SOCIETY, 199 WATER STREET, 3RD FLOOR, NEW YORK, NY 10038

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                               OCT 18 2007
CLERK                                             DATE

(By) DEPUTY CLERK

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 CV 8365 (LAK)                                    Purchased/Filed:

STATE OF NEW YORK     UNITED STATES DISTRICT COURT          SOUTHERN COUNTY

Ricardo R. Rodriguez                                        Plaintiff

against

Toys "R" US-Value, Inc. Toys "R" US, Inc.                   Defendant

STATE OF NEW YORK
COUNTY OF ALBANY       SS.:

Jessica Miller, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on October 12, 2007, at 3:45pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, First Amended Complaint and Individual Practice Rules of U.S.D.C. Judge Kaplan and U.S.M.J. Gorenstein bearing the above Index # on Toys "R" US-Value, Inc., the Defendant in this action, by delivering to and leaving with Donna Christie, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 38   Approx. Wt: 140   Approx. Ht: 5'6
Color of skin: White   Hair color: Blonde   Sex: Female   Other:

Sworn to before me on this

17th day of October 2007

DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

Jessica Miller

Invoice·Work Order # 0615175

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  ECF Case-07 CV 8365 LAK                                    Purchased/Filed:

STATE OF NEW YORK     UNITED STATES DISTRICT COURT          SOUTHERN COUNTY

Ricardo R. Rodriguez                                                                Plaintiff

against

Toys "R" US-Value, Inc., Toys "R" US International, LLC and Toys "R" US, inc.     Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

___Jessica Miller___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___October 18, 2007___, at ___3:45pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, First Amended Complaint and Individual Practice Rules of U.S.D.C. Judge Kaplan and U.S.M.J. Gorenstein Bearing the above Index # on ___Toys "R" US International, LLC___, the Defendant in this action, by delivering to and leaving with ___Chad Mattice___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40.00___ dollars; That said service was made pursuant to Section ___303 Limited Liability Company Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: ___28yrs___   Approx. Wt: ___200lbs___   Approx. Ht: ___6'0"___
Color of skin: ___wht___   Hair color: ___Dk. Brn.___   Sex: ___M___   Other: Glasses

Sworn to before me on this

23rd day of          October 2007

_Deborah A Bottisti (Berlin)_                          _Jessica Miller_
DEBORAH A BOTTISTI                                     Jessica Miller
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

Invoice•Work Order # 0615379

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # ECF Case-07 CV 8365 LAK                                   Purchased/Filed:

STATE OF NEW YORK    UNITED STATES DISTRICT COURT                 SOUTHERN COUNTY

Ricardo R. Rodriguez                                              Plaintiff

against

Toys "R" US-Value, Inc., Toys "R" US International, LLC and Toys "R" US, inc.    Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____October 18, 2007_____, at ___3:45pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, First Amended Complaint and Individual Practice Rules of U.S.D.C. Judge Kaplan and U.S.M.J. Gorenstein Bearing the above Index # on

_____Toys "R" US, Inc._____, the Defendant in this action, by delivering to and leaving with _____Chad Mattice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40.00___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___28yrs___  Approx. Wt: ___200lbs___  Approx. Ht: ___6'0"___
Color of skin: ___wht___  Hair color: ___Dk. Brn.___  Sex: ___M___  Other: ___Glasses___

Sworn to before me on this

___23rd___ day of _____October 2007_____

*(signature)*  
DEBORAH A BOTTISTI  
NOTARY PUBLIC, State of New York  
No 01BO6036756, Qualified in Albany County  
Commission Expires February 7, 2010

*(signature)*  
Jessica Miller

Invoice•Work Order # 0615380