KAPLAN, J.

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RICARDO R. RODRIGUEZ,

                Plaintiff,

- against -

TOYS "R" US-VALUE, INC.,

                Defendant.

-------------------------------------------------------------X

No. 07 Civ 8365 (LAK)

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Ricardo R. Rodriguez and Defendant Toys "R" Us, Inc. s/h/a Toys "R" Us-Value, Inc. that Defendant's time to answer Plaintiff's Complaint is extended from November 21, 2007 through and including Wednesday, December 5, 2007.

                MARLEN S. BODDEN, ESQ.
                The Legal Aid Society
                199 Water Street, 3rd Floor
                New York, New York 10038
                (212) 577-3287

By: _____
                Marlen S. Bodden

                ATTORNEY FOR PLAINTIFF



> JACKSON LEWIS LLP
> 59 Maiden Lane
> New York, New York 10038
> (212) 545-4000
>
> By: /s/ James R. Williams
>     Matthew A. Steinberg
>
> **ATTORNEYS FOR DEFENDANT**

Dated: November 19, 2007
      New York, New York

SO ORDERED: /s/
_____
Lewis A. Kaplan, U.S.D.J.

11/26/07