KAPLAN'S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
FEB 04 2008
JUDGE KAPLAN'S CHAMBERS

RICARDO R. RODRIGUEZ,

        Plaintiff,

- against -

TOYS "R" US-VALUE, INC.,

        Defendant.

No. 07 Civ 8365

### STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Ricardo R. Rodriguez and Defendant Toys "R" Us, Inc. s/h/a Toys "R" Us-Value, Inc., through its undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any Party.

Respectfully submitted,

THE LEGAL AID SOCIETY
199 Water Street, 3rd Floor
New York, New York 10038
(212) 577-3287

Date: February 4, 2008

By: _____
Marlen S. Bodden, Esq.

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038-4502
(212) 545-4000

Date: Feb 5, 2008

By: _____
James R. Williams (3004)
Matthew A. Steinberg (MS 3979)

ATTORNEYS FOR DEFENDANT

SO ORDERED:

_____
Honorable Lewis A. Kaplan, U.S.D.J.

2/5/08

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08